# United States Court of Appeals
## For the Eighth Circuit

_____

No. 16-1355

_____

United States of America

*Plaintiff - Appellee*

v.

Juan Jose Olivares, also known as Juan Jose Oliveros

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Western District of Missouri - Kansas City

_____

Submitted: July 7, 2016
Filed: July 12, 2016
[Unpublished]

_____

Before MURPHY, BOWMAN, and BENTON, Circuit Judges.

_____

PER CURIAM.

Juan Olivares appeals from the sentence the District Court[1] imposed after he pleaded guilty to a drug offense. His written plea agreement included an appeal

_____

[1]The Honorable Gary A. Fenner, United States District Judge for the Western District of Missouri.

waiver. His counsel has moved to withdraw and filed a brief in accordance with Anders v. California, 386 U.S. 738 (1967), arguing that the sentence was unreasonable. We conclude that the appeal waiver is enforceable. See United States v. Scott, 627 F.3d 702, 704 (8th Cir. 2010) (reviewing de novo "the validity and applicability" of an appeal waiver); United States v. Andis, 333 F.3d 886, 889–92 (8th Cir.) (en banc) (discussing enforcement of appeal waivers), cert. denied, 540 U.S. 997 (2003). We have independently reviewed the record under Penson v. Ohio, 488 U.S. 75 (1988), and have found no non-frivolous issues for appeal. Accordingly, we grant counsel's motion to withdraw, and we dismiss this appeal.

_____